IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | No. CIV S-08-1737-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| A.J. MALFI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion for an extension of time (Doc. 14) to file a responsive pleading. Good cause appearing therefor, the request is granted. Defendants' response to the complaint is due by May 29, 2009.

IT IS SO ORDERED.

DATED: March 16, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE