IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | No. CIV S-08-1737-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| A.J. MALFI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On October 2, 2009, the court granted plaintiff's request for voluntary dismissal of defendants Hsu and the law firm of Lawrence, Beach, Allen, and Choi.[1]  Plaintiff now seeks clarification of that order.  Specifically, while the order provided that the dismissal was without prejudice, plaintiff requests that the prior order be modified to reflect that the dismissal is with prejudice.  Good cause appearing therefor, plaintiff's request for clarification will be granted and the October 2, 2009, order will be modified to reflect that defendants Hsu and the law firm of Lawrence, Beach, Allen, and Choi are dismissed with prejudice.

---

[1] Defendant law firm was formerly known as Franscell, Strickland, Roberts, Lawrence, and Hsu.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.   Plaintiff's request for clarification (Doc. 48) is granted; and

3   2.   The October 2, 2009, order is modified to reflect that defendants Hsu and
the law firm of Lawrence, Beach, Allen, and Choi are dismissed with prejudice.

DATED: December 18, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2