IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | No. CIV S-08-1737-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| A.J. MALFI, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On March 4, 2010, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Plaintiff filed untimely objections, which the court has nevertheless considered, on March 4, 2010.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 4, 2010, are adopted;

2. Defendants' motion to dismiss the complaint as against defendants Grannis, Kelly, Carroll, and Malfi (Doc. 20) is granted;

3. Plaintiff's motion for injunctive relief (Doc. 22) is denied; and

4. Plaintiff is granted 20 days from the date of this Order to file an amended complaint consistent with this order.

DATED: March 31, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE